**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JOHNATHAN ROBINS, | : | No. 90 EM 2023 |
| Petitioner | : | |
| v. | : | |
| PRESIDENT JUDGE OF PHILADELPHIA ORPHAN'S COURT, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 8th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the "Complaint in Mandamus" is DENIED.